UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 7

Linda M. McMahon,                                          Case No. 8-23-71857-las

                              Debtor.
-----------------------------------------------------------x
Long Island Minimally Invasive Surgery P.C.
d/b/a New York Bariatric Group,

                              Plaintiff,
            -against-
                                                                          Adv. Pro. No. 8-23-08045-las
Linda M. McMahon,

                              Defendant.
-----------------------------------------------------------x

## ORDER FOR DEFAULT JUDGMENT

Upon consideration of the Motion for Default Judgment (the "Motion") filed by Long Island Minimally Invasive Surgery P.C. d/b/a New York Bariatric Group (the "Plaintiff"); and this Court finding that notice of the Motion and the opportunity for a hearing thereon were adequate and appropriate under the circumstances and no other notice need be given; and this Court having reviewed the Motion and having conducted a hearing on the Motion on October 31, 2023, at which time all parties-in-interest were given an opportunity to be heard; and after due deliberation thereon and based upon the record made at the hearing, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted to the extent provided herein.

2. A judgment shall be entered against Linda M. McMahon (the "Defendant"), in the amount of $15,043.56 as of today's date with interest continuing to accrue at the Federal Judgment Rate, as codified by 28 U.S.C. § 1961, *et seq.*

3. The judgment against the Defendant shall be nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).



Dated: November 1, 2023
      Central Islip, New York

_____
Louis A. Scarcella
United States Bankruptcy Judge